IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD VICTOR SEVILLA,<br><br>          Plaintiff,<br><br>     vs.<br><br><br><br>DARREL ADAMS, et al.,<br><br>          Defendants. | CV F 06 0172 OWW WMW   P<br><br>FINDING AND RECOMMENDATION RE MOTION FOR INJUNCTIVE RELIEF (DOCS 4, 19) |

Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for a change of venue.

Plaintiff, an inmate in the custody of the California Department of Corrections at Pleasant Valley State Prison, brings this civil rights action against defendant correctional officials employed by the Department of Corrections at the California Substance Abuse Treatment Facility at Corcoran.   Plaintiff seeks injunctive relief against the named defendants in this action.

When an inmate seeks injunctive or declaratory relief concerning the prison where he is incarcerated, his claims for such relief become moot when he is no longer subjected to those conditions.  See Weinstein v. Bradford, 423 U.S. 147 (1975); Enrico's, Inc. v. Rice, 730 F.2d 1250, 1255 (9th Cir. 1984).  Accordingly, plaintiff's request[s] should be denied as moot.

Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motions for injunctive relief be denied as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives all objections to the judge's findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   January 18, 2007**    _____/s/  William M. Wunderlich_____
j14hj0                                              UNITED STATES MAGISTRATE JUDGE