IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD VICTOR SEVILLA,

    Plaintiff,                    CV F 06 0172 OWW WMW P

    vs.                              ORDER RE: FINDINGS & RECOMMENDATIONS (#31)

DERRAL ADAMS, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On January 19, 2007, findings and recommendations were entered, recommending denial of Plaintiff's motions for injunctive relief. Plaintiff was provided an opportunity to file objections within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 19, 2007, are adopted in full; and

2. Plaintiff's motions for injunctive relief are denied.

IT IS SO ORDERED.

**Dated:   February 12, 2007**                                                     **/s/ Oliver W. Wanger**
emm0d6                                                                                         UNITED STATES DISTRICT JUDGE

2