IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD VICTOR SEVILLA,

    Plaintiff,                           CV F 06 0172 LJO WMW PC

    vs.                                    ORDER RE: FINDINGS & RECOMMENDATIONS (#42)

DERRAL ADAMS, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On March 11, 2008 findings and recommendations were entered, recommending denial of Plaintiff's motions for injunctive relief. Plaintiff was provided an opportunity to file objections within ten days. Plaintiff has not filed objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1       Accordingly, THE COURT HEREBY ORDERS that:

2       1.  The Findings and Recommendations issued by the Magistrate Judge on March 11, 2008, are adopted in full; and

4       2.  Plaintiff's motions for injunctive relief are denied.

10 IT IS SO ORDERED.

11 **Dated:**   **March 25, 2008**                         /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE