# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD VICTOR SEVILLA, | CASE NO. 1:06-cv-00172-LJO-SMS PC |
| Plaintiff, | NOTICE TO PLAINTIFF THAT CASE HAS BEEN REFERRED TO THE PRO BONO PROGRAM FOR THE APPOINTMENT OF COUNSEL |
| v. | |
| DERRAL ADAMS, et al., | |
| Defendants. | |

Plaintiff Ronald Victor Sevilla, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 16, 2006. Plaintiff has sought and been denied the appointment of counsel at various stages in these proceedings, most recently on May 17, 2010.

The Court recently screened Plaintiff's fifth amended complaint and recommended that the action proceed against Defendants Bradish, Roscoe, Gonzales, and Bhatt for violation of the Eighth Amendment, arising from medical care issues. Following the review of Plaintiff's fifth amended complaint, the Court selected this case for referral to the Eastern District of California's Pro Bono Program and requested the Program Director seek an attorney willing to represent Plaintiff.

///
///
///
///
///

1

1  This informational order serves as notice to Plaintiff that his case has been referred for the
2  appointment of counsel.

6  IT IS SO ORDERED.
7  **Dated:**    **September 7, 2010**                    /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE