# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD VICTOR SEVILLA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DERRAL ADAMS, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-00172-LJO-SMS PC<br><br>ORDER APPOINTING WILLIAM L. SCHMIDT TO REPRESENT PLAINTIFF<br><br>(Doc. 73)<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT IN NINETY DAYS |

　　　Plaintiff Ronald Victor Sevilla, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 16, 2006. Pursuant to the Court's order of September 8, 2010, William L. Schmidt has been selected from the Court's pro bono attorney panel to represent Plaintiff.

　　　Accordingly, IT IS HEREBY ORDERED that:

1.　　William L. Schmidt is appointed as counsel in the above entitled matter;

2.　　William L. Schmidt shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment;

3.　　The Clerk of the Court is directed to serve a copy of this order upon William L. Schmidt, Law Offices of William L. Schmidt, Post Office Box 25001, Fresno, CA 93729; and

///
///
///

1

4. Within **ninety (90) days** from the date of service of this order, Plaintiff shall file a status report.[1]

IT IS SO ORDERED.

**Dated:   February 15, 2011**                         /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The Court has reason to believe that Mr. Sevilla passed away. If Mr. Schmidt finds he needs additional time to determine the proper parties to substitute, review the record and operative pleading, and/or conduct further research, he may file a request for additional time.

2