# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD VICTOR SEVILLA, | CASE NO. 1:06-cv-00172-LJO-SMS PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO OPEN DISCOVERY, AND REQUIRING PLAINTIFF TO FILE STATUS REPORT WITHIN NINETY DAYS |
| v. | |
| DERRAL ADAMS, et al., | (Doc. 77) |
| Defendants. / | |

Plaintiff Ronald Victor Sevilla, a state prisoner who was proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 16, 2006.  On September 8, 2010, the Court issued an ordered notifying Plaintiff that this case had been referred to the Pro Bono Program for the appointment of counsel, and on February 16, 2011, the Court appointed attorney William L. Schmidt to represent Plaintiff.

It appears that Plaintiff is deceased and on April 4, 2011, counsel filed a motion seeking limited, expedited discovery for the purpose of determining the identities of Plaintiff's survivors and/or legal representative. Counsel's attempt to obtain information from the California Department of Corrections and Rehabilitation was not successful.

///
///
///
///
///

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Good cause having been shown, Plaintiff's motion is HEREBY GRANTED and discovery is open for the limited purpose of determining the identities of Plaintiff's survivors and/or legal representative.  Plaintiff is DIRECTED to file another status report within ninety (90) days.

IT IS SO ORDERED.

**Dated:    April 5, 2011**                     _____/s/ Sheila K. Oberto_____
                                        UNITED STATES MAGISTRATE JUDGE