

# FILED

JUL 1 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Ronald Victor Sevilla

Plaintiff(s)

vs.

Derral Adams et al.,

Defendants.

No. 1:06-cv-00172-LJO-SKO.

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, William L. Schmidt , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on February 16, 2011 , by the Honorable United States Magistrate Judge Sheila Oberto , United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

Letter to Litigation Coordinator at High Desert State Prison with priority mail with delivery confirmation, $5.65
Letter to Washoe County Coroner to obtain autopsy report, invoiced by Washoe Coroner $25.00, and paid $25.00 on 5/12/11
Letter to Washoe County Coroner to request a toxicology lab report, invoiced by Washoe Coroner $108.00 and paid $108.00 on 5/26/11.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 138.65 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:06-cv-00172

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $5.65 | priority mail with delivery confirmation | $5.65 |
| $25.00 | Copy of Autopsy report | $25.00 |
| $108.00 | Lab Toxicology report | $108.00 |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _11_ day of _July_, 20_11_, at _Fresno_, California.

_William L. Schmidt,_
Attorney for Plaintiff(s)

The above expenditure is _____ Approved _____ Denied

Or,
_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant
to rule _____, on _____ at _____, ___.M. in Courtroom
Number _____.

Dated: _7/12/11_

_Sheila K. Oberto_
United States District Judge/Magistrate